UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N. C.

SEP 1 9 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

Case Number: 1:04cv98

VANCE CLIFFORD DALTON, et al. )
)
    Plaintiff, )
Vs. )    **ORDER**
)
LARRY PIERSON, individually )
and as a Henderson County Deputy )
Sheriff, et al. )
)
    Defendant )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 19th day of September, 2005.

_____
United States Judge Presiding