# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV98

| | |
|---|---|
| VANCE CLIFFORD DALTON, and wife, KAY S. DALTON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>LARRY PIERSON, individually, and as )<br>a Henderson County Deputy Sheriff; )<br>DARRIN WHITAKER, individually and )<br>as a Henderson County Deputy Sheriff; )<br>GEORGE H. ERWIN, JR., Sheriff of )<br>Henderson County; and FIDELITY AND )<br>DEPOSIT COMPANY OF MARYLAND, )<br>)<br>Defendants. )<br>) | **J U D G M E N T** |

**THIS MATTER** came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs take nothing, that this action is hereby **DISMISSED WITH PREJUDICE** on the merits, and that the Defendants recover of the Plaintiffs their costs of the action.

**Signed: September 22, 2005**

Lacy H. Thornburg
United States District Judge